**JENNIFER L. COON**
California State Bar No. 203913
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101
Telephone: (619) 234-8467
Email: jennifer_coon@fd.org

Attorneys for Mr. Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR1448-L |
| Plaintiff, | **JOINT MOTION FOR CONTINUANCE OF MOTION HEARING/TRIAL SETTING** |
| v. | |
| JOSE MANUEL GARCIA, | |
| Defendant. | |

**IT IS HEREBY JOINTLY MOVED** by the parties that the Motion Hearing/Trial Setting currently scheduled for May 19, 2008, at 2:00 p.m., be continued to June 30, 2008, at 2:00 p.m., before the Honorable M. James Lorenz.

Respectfully submitted,

DATED: May 15, 2008         /s/ JENNIFER L. COON
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Defendant Garcia
                            jennifer_coon@fd.org

DATED: May 15, 2008         /s/ CHRISTINA M. MCCALL
                            Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy Chambers

    Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

    Copy Defendant

Dated: May 15, 2008

/s/ JENNIFER L. COON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jennifer_coon@fd.org (email)