UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1448-L |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| JOSE MANUEL GARCIA, | ) ) ) | |
| Defendant. | ) ) ) | |

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently scheduled for May 19, 2008, at 2:00 p.m. be continued to June 30, 2008, at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: May 16, 2008

_____
M. James Lorenz
United States District Court Judge

1