1  **JENNIFER L. COON**
   California State Bar No. 203913
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101
   Telephone: (619) 234-8467
4  Email: jennifer_coon@fd.org

5  Attorneys for Mr. Garcia

                    UNITED STATES DISTRICT COURT

                  SOUTHERN DISTRICT OF CALIFORNIA

                   **(HONORABLE M. JAMES LORENZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR1448-L |
|---|---|---|
| Plaintiff, | ) | **JOINT MOTION FOR CONTINUANCE OF MOTION HEARING/TRIAL SETTING** |
| v. | ) | |
| JOSE MANUEL GARCIA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY JOINTLY MOVED** by the parties that the Motion Hearing/Trial Setting currently scheduled for June 30, 2008, at 2:00 p.m., be continued to August 5, 2008, at 2:00 p.m., before the Honorable M. James Lorenz.

                                    Respectfully submitted,

DATED: June 12, 2008                /s/ JENNIFER L. COON
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant Garcia
                                    jennifer_coon@fd.org

DATED: June 12, 2008                /s/ CHRISTINA M. MCCALL
                                    Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy Chambers

    Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

    Copy Defendant

Dated: June 12, 2008

    /s/ JENNIFER L. COON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
jennifer_coon@fd.org (email)