UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1448-L |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| JOSE MANUEL GARCIA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently scheduled for June 30, 2008, at 2:00 p.m. be continued to August 5, 2008, at 2:00 p.m.

**SO ORDERED.**

DATED: June 13, 2008

M. James Lorenz
United States District Court Judge

1