1 **JENNIFER L. COON**
California State Bar No. 203913
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101
Telephone: (619) 234-8467
4 Email: jennifer_coon@fd.org

5 Attorneys for Mr. Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR1448-L |
|---|---|---|
| Plaintiff, | ) | **JOINT MOTION FOR CONTINUANCE OF MOTION HEARING/TRIAL SETTING** |
| v. | ) | |
| JOSE MANUEL GARCIA, | ) | |
| Defendant. | ) | |

**IT IS HEREBY JOINTLY MOVED** by the parties that the Motion Hearing/Trial Setting currently scheduled for August 5, 2008, at 2:00 p.m., be continued to September 2, 2008, at 2:00 p.m., before the Honorable M. James Lorenz.

Respectfully submitted,

DATED: July 30, 2008          /s/ JENNIFER L. COON
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Defendant Garcia
                              jennifer_coon@fd.org

DATED: July 30, 2008          /s/ CHRISTINA M. MCCALL
                              Assistant United States Attorney

2

**CERTIFICATE OF SERVICE**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from opposing counsel to affix electronic signature to this document. Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy Chambers

    Copy Assistant U.S. Attorney via ECF Notice of Electronic Filing

    Copy Defendant

Dated: July 30, 2008                       /s/ JENNIFER L. COON
                                                Federal Defenders of San Diego, Inc.
                                                225 Broadway, Suite 900
                                                San Diego, CA 92101-5030
                                                (619) 234-8467 (tel)
                                                (619) 687-2666 (fax)
                                                jennifer_coon@fd.org (email)